No. 72–6731. JONES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–6732. FLORES *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 72–6733. KEARNS *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 72–6735. JOHNSON *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 72–6736. HAVEL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 72–6737. RODRIGUES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–6739. GALLARDO *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 72–6740. BALSLEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 72–6741. GRASS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–6743. KINDRED *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–6751. MANGABAT *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 72–6752. CASAS-ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–6754. STARNES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.